AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ADAM LEE ROSEMAYER<br><br>_Defendant(s)_ | )<br>)<br>)   Case No.<br>)             6:21-mj - 1020<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 10-13, 2021__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(d)(1) | Sale or transfer to a prohibited person. |

This criminal complaint is based on these facts:

Please see attached.

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Thomas Harrison, Special Agent
_Printed name and title_

Sworn to before me over ZOOM and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 01/14/2021

_____
_Judge's signature_

City and state:       Orlando, Florida                EMBRY J. KIDD, U.S. MAGISTRATE
_Printed name and title_

STATE OF FLORIDA                  CASE NO. 6:21-mj-1020
COUNTY OF ORANGE

## AFFIDAVIT

I, Thomas Harrison, employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

1. I am a Special Agent (S/A) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since January 2020. As a Special Agent for the ATF, I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. Prior to my employment with the ATF, I attended the Massachusetts Municipal Police Training Councils Basic Reserve Police Academy and I worked as a sworn law enforcement officer in the Commonwealth of Massachusetts for approximately 4 years. I attended the Florida Criminal Justice Standards and Training Commission Basic Law Enforcement Academy and I was employed with the Gainesville Florida Police Department for approximately 11 years as a sworn law enforcement officer.

2. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States empowered by law to conduct investigations and make arrests upon violations of the offenses enumerated in Title 18, United States Code, Section 2516. I am currently assigned to the Bureau of Alcohol Tobacco, Firearms and Explosives (ATF) in the

Tampa Field Division, Orlando III Field Office, conducting investigations of federal firearms violations, crimes of violence and other federal violations.

3. I have received training concerning violations of the Gun Control Act within Title 18 of the United Stated Code and violations of the National Firearms Act within Title 26 of the United States Code. In addition, I have received training regarding the following topics, although this list is not exhaustive: surveillance; interviewing; writing of warrants; handling of evidence; arrest procedures; search procedures and testifying in court. Since graduating from the Academy, I have been assigned to the Orlando III Field Office and tasked with investigating gun trafficking, narcotics trafficking, organized crime, street gangs, and other types of violent crime.

## PURPOSE OF AFFIDAVIT

4. This affidavit is based upon my personal knowledge, a review of evidence obtained during the course of this investigation, and information obtained by me in my official capacity from other law enforcement officers and sources of information that have proven to be reliable during the course of the investigation. This affidavit is submitted for the limited purpose of establishing probable cause in support of the issuance of a criminal complaint and arrest warrant for Adam Lee ROSEMAYER, hereinafter "ROSEMAYER" for committing a violation 922(d)(1) (sale or transfer to a prohibited person). Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not set forth in this affidavit everything that I have learned as a result of this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of the above-listed

2

federal laws has been committed. The violations alleged in this affidavit occurred within the Middle District of Florida.

## FACTUAL BASIS ESTABLISHING PROBABLE CAUSE

5. During this investigation, an ATF Confidential Informant, hereinafter "CI"[1] had several interactions with an individual identified as Adam Lee ROSEMAYER. These interactions included but were not limited to conversations pertaining to firearms starting on or about November 2020. ROSEMAYER asked the CI if he was interested in firearms, and added that he would be able to sell the CI a firearm sometime in January, after he (ROSEMAYER) completed his move to his current residence at xxxx, Orlando, Florida.

6. On January 09, 2021, the CI contacted ROSEMAYER and inquired about the possible sale of a firearm. Later on this same day, ROSEMAYER contacted the CI and stated he was willing to sell the CI a handgun. ROSEMAYER sent the CI his residential address via cellular text message. In addition to his address, ROSEMAYER sent a photo of a handgun frame and box containing various firearm parts and components along with the statement, "I'm building as we speak lol." Both ROSEMAYER and the CI agreed to meet at ROSEMAYER's residence located at xxxx, Orlando, FL the following day, January 10, 2021.

7. On January 10, 2021, the CI met with ROSEMAYER at ROSEMAYER's residence and purchased a homemade firearm, made with a frame

---

[1] The CI is a paid informant who has previously provided reliable information concerning criminal activities on multiple occasions that resulted in multiple convictions. The CI also provided information on criminal violations that were corroborated by an independent follow-up investigation.

3

manufactured from "Polymer80". Prior to the exchange of money and the firearm, the CI tells ROSEMAYER, "my felonies aren't like serious bro. I didn't murder nobody; rape nobody, nothing like that. Just so you know, it's nothing crazy. You're doing business with a real honest person." ROSEMAYER acknowledged the statement by indicating that he (ROSEMAYER) did not care about that (namely, the felony convictions) because he sells to anyone. During this transaction, ROSEMAYER walked out to a white Dodge Ram that was parked on the roadway in front of his residence and retrieved a Glock 9mm 15-round capacity magazine, for which he then inserted inside the firearm before giving it to the CI. During this transaction, the CI observed within ROSEMAYER's residence, a box containing about ten (10) pistol frames similar to the one the CI ended up receiving from ROSEMAYER. The CI purchased the above firearm for $850.00.

8. On January 11, 2021, the CI contacted ROSEMAYER by phone and asked why the firearm he had purchased the prior day, January 10, 2021, was not a Glock. ROSEMAYER explained that the firearm he had sold to the CI was not actually a Glock, but rather a firearm he (ROSEMAYER) had manufactured and/or assembled and the reason for the unusually high price was that these specific manufactured firearms are untraceable. The CI then inquired about purchasing an AK-style rifle, to which ROSEMAYER stated that he could, but alleged the AK-style rifle is not cheap. ROSEMAYER then offered to sell the CI two handguns and sent photographs to the CI via cellular text message. The CI agreed to purchase the two firearms from ROSEMAYER for $1,400.00 on January 12, 2021. During this

4

conversation with the CI, ROSEMAYER stated that he earns approximately $100,000.00 through the sale and distribution of firearms.

9. On January 12, 2021, the CI met with ROSEMAYER at ROSEMAYER's residence and purchased a Glock pistol, model 48, 9mm caliber, bearing serial number BKYW006 and a Glock pistol, model 35, .40 caliber, bearing serial number BDPL270. Both of these firearms were sold to the CI encased within their respective Glock case marked with a sticker bearing the make, model, caliber and serial number. The CI purchased both of these firearms for $1,400.00.

10. On January 13, 2021, an ATF Industry Operations Investigator (IOI) conducted a computerized check of the ATF Federal Licensing System (FLS) which disclosed that ROSEMAYER never had or was not currently in possession of Federal Firearms License (FFL).

11. On January 13, 2021, an ATF Agent conducted an eTrace database query that revealed that approximately 51 firearms purchased by ROSEMAYER between October, 21, 2019 and today's date. Additionally, there were approximately 15 firearm Trace Summary Reports indicating recovered firearms from various crime scenes, all listing ROSEMAYER as the original purchaser.

12. On January 13, 2021, the CI met with ROSEMAYER at ROSEMAYER's residence and purchased a Glock pistol, model 43X, 9mm caliber, serial number BLAR753, and four (4) auto-sears[2] for an AK-style firearm. These items

---

[2] Auto sear is a machine gun as defined by 26 U.S.C. 5845(b). The National Firearms Act, 26 U.S.C. 5845(b) defines "machine gun" to include any combination of parts designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

were located within the residence. While outside the residence, the CI informed ROSEMAYER again that he was a convicted felon. Afterwards, the CI also purchased a Glock pistol, model 23, caliber .40, serial number MSR637, and this firearm was retrieved from the floorboard of a black 2016 Nissan sedan bearing Florida registration tag Y87QFY. The CI purchased these firearms and auto-sears for $1,800.00

## CONCLUSION

13. On the basis of the foregoing facts and evidence, I submit that probable cause exists to charge Adam Lee ROSEMAYER for committing violations of Title 18, United States Code, Section 922(d)(1). I thus respectfully request that the Court issue a complaint and warrant for ROSEMAYER's arrest.

This concludes my affidavit.

Special Agent Thomas A. Harrison
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted by email and attested to me as true and accurate via ZOOM consistent with Fed.R.Crim. P. 4.1 before me this 14 day of January, 2021.

HON. EMBRY J. KIDD
United States Magistrate Judge

6